**No. 10-5181. Bradley Lee Winters, Petitioner v. United States.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 7078.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 963.

**No. 10-5182. James B. Stegeman, Petitioner v. Frank J. Lillig.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 6899.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 10-5184. Kenneth A. Roberts, Petitioner v. Deb McCulloch.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 7019,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5185. Charles R. Robinson, Petitioner v. United States.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 7056.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 328 Fed. Appx. 340.

**No. 10-5186. Kenneth Wayne Moore, Petitioner v. United States.**

562 U.S. 908, 131 S. Ct. 255, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 6843.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 800.

**No. 10-5187. Anthony Eugene Lewis, Petitioner v. Stephen D. Sinclair, Superintendent, Washington State Penitentiary.**

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 6996.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5188. Jaime Gonzalez, Petitioner v. United States.**

562 U.S. 908, 131 S. Ct. 256, 178 L. Ed. 2d 169, 2010 U.S. LEXIS 7391.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 371 Fed. Appx. 202.